19-159

SECT.EMAG.1

TO: DOCKET CLERK

__ MAGISTRATE CASE NUMBER

OR

X_ NO MAGISTRATE PAPERS WERE FOUND

for

NAME: __KEVIN RICHARDSON__

Initials: _____FCT_____

If you receive this note without any initials, please return the entire packet to criminal desk.

Thank you