MINUTE ENTRY
AUGUST 29, 2019
ROBY, M. J.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                       NO. 19-159

KEVIN RICHARDSON                             SECTION: E


INITIAL APPEARANCE

APPEARANCES:  X  DEFENDANT WITH/WITHOUT COUNSEL (Retained) JOHN HALL THOMAS

639 LOYOLA AVE., SUITE 1820, NEW ORLEANS, LA 70113

X  ASSISTANT U.S. ATTORNEY    TRACEY KNIGHT

___INTERPRETER _____

Designated by Court and sworn.        Time: _____. to _____ M.

X / DEFENDANT WAS ADVISED OF HIS RIGHTS

X / READING OF THE INDICTMENT WAS:
     READ   WAIVED   SUMMARIZED

X / DEFENDANT INFORMED THE COURT THAT COUNSEL WOULD BE RETAINED

__/ REQUESTED COURT-APPOINTED COUNSEL; SWORN RE FINANCIAL STATUS

__/ FEDERAL PUBLIC DEFENDER APPOINTED TO REPRESENT THE DEFENDANT

__/ DEFENDANT FOUND NOT TO BE LEGALLY INDIGENT

MJSTAR: 00: 04

X / BAIL SET AT _____

_____ *released on personal reconguizance* _____

_____

_____

_____

_/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON BOND

X / DEFENDANT INFORMED THAT PRELIMINARY HEARING/REMOVAL HEARING/

(ARRAIGNMENT) IS SET FOR _____ *Held* _____

_/ HEARING TO DETERMINE COUNSEL IS SET FOR _____

_/ DEFENDANT INFORMED THAT DETENTION HEARING IS SET FOR

_____

_/ DEFENDANT ORDERED TO RE-APPEAR FOR PRELIMINARY HEARING/REMOVAL

HEARING/ARRAIGNMENT/DETENTION HEARING/HEARING TO DETERMINE COUNSEL

WITH COUNSEL _____