MINUTE ENTRY
ROBY, M.J.
AUGUST 29, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL |
| VERSUS | NO. 19-159 |
| KEVIN RICHARDSON | SECTION E |

### CRIMINAL ARRAIGNMENT

APPEARANCES: X  DEFENDANT
             X  COUNSEL FOR DEFENDANT   (Retained) JOHN HALL THOMAS
             X  ASSISTANT U.S. ATTORNEY   TRACEY KNIGHT
             ___ INTERPRETER _____ SWORN
                 (TIME: ____.M to ____.M)

X / READING OF THE INDICTMENT: READ (WAIVED) SUMMARIZED
X / DEFENDANT ADVISED OF THE MAXIMUM PENALTY
X / DEFENDANT PLEADS NOT GUILTY TO ALL COUNTS
X / SPECIAL PLEADINGS SHALL BE FILED NO LATER THAN SEVEN DAYS PRIOR TO THE FINAL PRETRIAL CONFERENCE UNLESS OTHERWISE ORDERED BY THE DISTRICT JUDGE.

__/ DEFENDANT REMANDED TO THE CUSTODY OF THE U.S. MARSHAL

X / DEFENDANT RELEASED ON ORIGINAL BOND

__/ BAIL SET AT _____

__/ DEFENDANT RELEASED ON NEW BOND

__/ OTHER: _____

**NOTICE:** X / PRE-TRIAL CONFERENCE: **OCTOBER 22, 2019 AT 10:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

X / TRIAL: **NOVEMBER 4, 2019 AT 9:00 AM**

**BEFORE UNITED STATES DISTRICT JUDGE SUSIE MORGAN**

MJSTAR: 00: 02