UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO: 19-159 |
| KEVIN RICHARDSON | SECTION: "E" |

NOTICE OF REARRAIGNMENT

**PHOTO IDENTIFICATION REQUIRED TO ENTER THE BUILDING**

Take Notice that this criminal case has been set for rearraignment on October 29, 2019 at 2:00 p.m., before the Judge Susie Morgan, 500 Poydras St., New Orleans, LA. The Pretrial Conference currently scheduled for October 22, 2019 at 10:00 a.m. is hereby **CANCELLED**.

**PERSONS ON BOND MUST REPORT TO THE DEPUTY U.S. MARSHAL IMMEDIATELY OUTSIDE THE AFORESAID COURTROOM FOR EVALUATION AND SEARCH 15 MINUTES PRIOR TO APPEARANCE.**

Date: September 25, 2019                    WILLIAM W. BLEVINS, CLERK

                                            by: Brad Newell, Deputy Clerk

TO:

Kevin Richardson (**PERSONAL RECOGNIZANCE**)

**COUNSEL FOR KEVIN RICHARDSON:**
John Hall Thomas and Anthony J. Engolia, III, Retained

AUSA: Tracey N. Knight, T.A.

U.S. Marshal

U.S. Probation & Pre-Trial Services Unit

City of New Orleans/OIG: Kristen M. Morales
HUD/OIG: Jerry Rogers, SA
DHS/OI: John Delucca, SA

Interpreter: **NONE**

**If you change address, notify clerk of court by phone, 504-589-7714**